IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 5:19-CR-00007-001 |
| **BRANDON DAKOTA KITCHENS** | |

## ORDER

Pursuant to a hearing to modify conditions of supervised release concerning the above-named defendant, for good and sufficient cause shown to the Court, it is ordered that the conditions of supervised release be modified to include the following special conditions:

1. You shall participate in the Location Monitoring Program for a period of **120 days** utilizing GPS monitoring. You are restricted to your residence from **9pm to 6am**, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer. You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court and/or probation officer.

2. You shall participate in and complete the Next Step 12-month Men's Recovery Program in Macon, Georgia. The U.S. Probation Office shall administratively supervise your participation in the program by administering the drug testing and supervising the treatment.

SO ORDERED this 5th day of October, 2022.

MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE

Prepared by: JOP